UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ROBERT CASTILLO, ANCIL BROWN,
BASHIR MAJID, UPSTAIRS DOWN-
STAIRS OF NEW YORK, INC., dba
TOWNHOUSE OF NEW YORK, EAST
SIDE CLUB, LLC, on their own behalf
and all others similarly situated,

        Plaintiffs,

  -against-

DEREK SMITH LAW GROUP,
PLLC, DEREK SMITH, ABRAHAM
MELAMED, DR. YAAKOV
SIEGEL, JOHNMACK COHEN,
and ALEXANDER CABECEIRAS,

        Defendants.
-------------------------------------------------------X

Docket: 1-23-cv-10544
Filed: 12/1/23

**JURY DEMAND**

**NOTICE OF
VOLUNTARY
DISMISSAL**

PLAINTIFFS, by and through their counsel, Thomas D. Shanahan, P.C., pursuant to F.R.C.P. §41(a)(1)(A)(i), withdraw with prejudice all claims against the named Defendants herein and voluntarily dismiss this action.

Dated:    New York, New York
           April 20, 2024

By:_____
Thomas D. Shanahan, Esq.
Thomas D. Shanahan, P.C.
535 Fifth Avenue, 25th Floor
New York, New York 10017
Phone (212) 867-1100, x11

*SO ORDERED
P. Kevin Castel, USDJ
April 24, 2024*